IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEILA FAHEY, individually and on behalf of a class of similarly situated individuals,,<br><br>Plaintiff,<br><br>v.<br><br>CAREER EDUCATION CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No.: 10 CV 05635<br><br>Judge James B. Zagel<br><br>Magistrate Judge Young B. Kim |

## NOTICE OF MOTION

To:  Michael J. McMorrow
     Ryan D. Andrews
     Rafey S. Balabanian
     EDELSON McGUIRE, LLC
     350North LaSalle Street
     Chicago, IL 60654

**PLEASE TAKE NOTICE** that on Thursday, **October 14, 2010,** at 10:15 **a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Zagel, or any judge sitting in his stead, in Courtroom 2503 in the United States District Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present the Defendant Career Education's **MOTION TO STRIKE EVIDENTIARY HEARING AND TO QUASH SUBPOENAS**, a copy of which is attached hereto and hereby served upon you.

Dated: October, 12, 2010

**CAREER EDUCATION CORPORATION**

By:  s/ Christopher B. Wilson
     One of His Attorneys

Christopher B. Wilson, ARDC No. 06202139
cwilson@perkinscoie.com
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Tel: (312) 324-8400
Fax: (312) 324-9400

-2-

## CERTIFICATE OF SERVICE

I, Christopher B. Wilson, certify that on October 12, 2010, I caused the foregoing **NOTICE OF MOTION** and Defendant Career Education's **MOTION TO STRIKE EVIDENTIARY HEARING AND TO QUASH SUBPOENAS** to be served via the Court's ECF system on the counsel of record listed below:

>Michael J. McMorrow
>Ryan D. Andrews
>EDELSON McGUIRE, LLC
>350 North LaSalle Street
>Chicago, IL 60654

and by telecopier on the following counsel

>Rafey S. Balabanian
>EDELSON McGUIRE, LLC
>350 North LaSalle Street
>Chicago, IL 60654
>*Telecopier: 312.589.6378*

>s/ Christopher B. Wilson
>One of the attorneys for Defendant
>Career Education Corporation