IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEILA FAHEY, individually and on behalf of a class of similarly situated individuals,, <br><br> Plaintiff, <br><br> v. <br><br> CAREER EDUCATION CORPORATION, a Delaware corporation, <br><br> Defendant. | Case No.: 10 CV 05635 <br><br> Judge James B. Zagel <br><br> Magistrate Judge Young B. Kim |

## **DEFENDANT'S MOTION TO DISMISS FOR LACK OF STANDING**

NOW COMES Defendant, Career Education Corporation ("Career Education"), by its attorney, Christopher Wilson of Perkins Coie LLP, and hereby moves to dismiss Plaintiff's Complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. Plaintiff lacks standing because Career Education made a settlement offer to Plaintiff which provides her all the relief to which she would be entitled were she to prevail in this action. Since Plaintiff's claim is moot, she lacks standing and this action must be dismissed. In support of this motion, Career Education has filed a separate memorandum of law.

Date: November 22, 2010

Respectfully submitted,

**CAREER EDUCATION CORPORATION**

By: s/ Christopher B. Wilson
One of its Attorneys

LEGAL19642214.1

Christopher B. Wilson, ARDC # 06202139
cwilson@perkinscoie.com
Perkins Coie LLP
131 S. Dearborn, Suite 1700
Chicago, IL 60603
Tel: (312) 324-8400
Fax: (312) 324-9400

## CERTIFICATE OF SERVICE

I, Christopher B. Wilson, certify that on November 22, 2010, I caused the foregoing **DEFENDANT'S MOTION TO DISMISS FOR LACK OF STANDING** to be filed/served via the Court's ECF/CM system on the counsel of record listed below:

| | |
|---|---|
| Michael J. McMorrow | mjmcmorrow@edelson.com |
| Ryan D. Andrews | randrews@edelson.com |
| Jay Edelson | jedelson@kamberedelson.com |

    s/ Christopher B. Wilson
    One of the attorneys for Defendant
    Career Education Corporation