**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHEILA FAHEY, individually and on behalf of all others similarly situated, | No. 10-cv-05635 |
| *Plaintiff,* | |
| v. | Hon. James B. Zagel |
| CAREER EDUCATION CORPORATION, a Delaware Corporation. | |
| *Defendant.* | |

**STIPULATION OF DISMISSAL *WITH PREJUDICE*
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)**

Plaintiff Sheila Fahey and Defendant Career Education Corporation ("CEC") (collectively referred to herein as the "Parties"), by and through their undersigned counsel, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) as follows:

1. Rule 41 allows for dismissal, without order of the Court, by the filing of a stipulation of dismissal signed by all parties that have appeared. Fed. R. Civ. P. 41(a)(1)(ii).

2. The claims asserted by Plaintiff Fahey in this action have been settled and released by the Final Judgment and Order of Dismissal with Prejudice entered by the Honorable Virginia M. Kendall in a similar class action entitled *Rojas v. Career Education Corp.*, No. 10-cv-5260. *See* Order of October 25, 2012, a copy of which is attached hereto as Exhibit A.

3. This action should now be dismissed *with prejudice*, with all parties to bear their own costs, and the Clerk should close this case.

Dated: December 5, 2012            Respectfully submitted,

                                                **SHEILA FAHEY**, *individually and on behalf of a class of similarly situated individuals*

                                                /s/ Ryan D. Andrews
                                                One of Her Attorneys

Ryan D. Andrews
Edelson McGuire, LLC
350 North LaSalle Street, 13th Fl.
Chicago, Illinois 60654
Telephone: 312.589.6370
Facsimile: 312.589.6378
randrews@edelson.com

                                              **CAREER EDUCATION CORPORATION**,

                                              By: /s/ Debra R. Bernard
                                                  One of Defendant's Attorneys

Christopher B. Wilson
Debra R. Bernard
Patrick M. Collins
Perkins Coie, LLC
131 S. Dearborn Street, Suite 1700
Chicago, Illinois 60603-5559
Telephone: 312.324.8603
Facsimile: 312.324.9603
cwilson@perkinscoie.com
dbernard@perkinscoie.com
pcollins@perkinscoie.com